HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTHONY PERKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY PERKINS,<br><br>　　　　　Defendant. | No. Cr. F 08-136 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, ANTHONY PERKINS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On April 10, 2009, this Court sentenced Mr. Perkins to a term of 100 months imprisonment;

　　　　3.　　His total offense level was 25, his criminal history category was V, and the resulting guideline range was 100 to 125 months;

4. The sentencing range applicable to Mr. Perkins was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Perkins's total offense level has been reduced from 25 to 23, and his amended guideline range is 84 to 105 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Perkins's term of imprisonment to a total term of 84 months.

Respectfully submitted,

Dated:  November 3, 2014                    Dated:   November 3, 2014

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ *Kathleen A. Servatius*                  /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    ANTHONY PERKINS

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Perkins is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 84 to 105 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2009 is reduced to a term of 84 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Perkins shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

   Dated:  **November 3, 2014**            **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE