IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:08-cr-00136-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ANTHONY PERKINS | |
| Defendant. | |

The above named defendant has been accepted to the Teen Challenge Drug Treatment Program located in Reedley, California for a period of up to 1 year.

IT IS HEREBY ORDERED that the defendant shall be released to Kevin Mitchel of the Federal Defender Office, on Monday, May 22, 2017 at 8:00am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **May 17, 2017**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES CHIEF DISTRICT JUDGE