IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:08-cr-00136-001 LJO |
|---|---|
| Plaintiff, | AMENDED ORDER OF RELEASE |
| v. | |
| ANTHONY PERKINS | |
| Defendant. | |

The above named defendant has been accepted to the Teen Challenge Drug Treatment Program located in Reedley, California for a period of up to 1 year.

IT IS HEREBY ORDERED that the defendant shall be released to Kevin Mitchel of the Federal Defender Office, on Tuesday, May 30, 2017 at 9:00am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **May 18, 2017**        /s/ Lawrence J. O'Neill
                               UNITED STATES CHIEF DISTRICT JUDGE